IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Lenette Poncho

  Plaintiff,

v.            Civ. No.

Bridgecrest Acceptance Corp.
a/k/a Bridgecrest Credit Co., LLC

  Defendant.

## NOTICE OF REMOVAL

COMES NOW, Bridgecrest Acceptance Corp a/k/a Bridgecrest Credit Co., LLC (hereinafter referred to as "Defendant") through its attorneys, Decker Griffel, LLC by Benjamin Decker, and for its Notice of Removal pursuant to 28 U.S.C. § 1441 and § 1332 states as follows:

  1.  On 12/13/2022, Plaintiff filed a Complaint for wrongful repossession, conversion, violation of the Unfair Practices Act, Breach of the Implied Covenant of Good Faith and Fair Dealing, Tortious Debt Collection, Declaratory Judgment and to Quiet Title, and Equitable Relief in the Second Judicial District Court of New Mexico. Complaint (attached herein as "Exhibit 1"). Service of the Summons and Complaint were completed on 12/15/2022. On 01/09/2022, an Entry of Appearance was filed on behalf of Defendant in the Second Judicial District Court. Entry of Appearance (attached herein as "Exhibit 2").

2.      This Notice of Removal is timely filed within thirty days after receipt and of service of the Summons and Complaint. <u>Summons Return (attached herein as "Exhibit 3")</u>.

3.      Pursuant to 28 U.S.C. § 1446, copies of the Notice of Removal will promptly be given to all adverse parties and a copy of the Notice of Removal will be filed with the clerk of the Second Judicial District Court, County of Bernalillo, State of New Mexico.

4.      The claims stated against Defendant in this case are subject to the jurisdiction of this Court pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1332 as follows:

5.      The Court has jurisdiction based on diversity of citizenship and amount in controversy.

6.      Plaintiff is a citizen of the State of New Mexico. <u>Exhibit 1</u> at ¶6.

7.      Defendant is a citizen of the State of Arizona and has its principal place of business in Arizona. <u>Corporate Disclosure Statement (filed contemporaneously)</u>.

8.      Plaintiff seeks money damages that are expressly in excess of $50,000 exclusive of punitive damages, interests, costs, attorneys' fees, and injunctive relief to which she claims entitlement. <u>Court Annexed Arbitration Certificate (attached herein as "Exhibit 4")</u>.

9.      Plaintiff alleges entitlement to attorney's fees, costs and treble damages[1] from Defendant under the Unfair Practices Act. <u>Exhibit 1</u> at ¶66-67.

---

[1] Treble damages are a form of punitive damages in New Mexico. *Hale v. Basin Motor Co.*, 110 N.M. 314, 320 (N.M. 1990) ("Multiplication of damages pursuant to statutory authority is a form of punitive damages. *Roberts*, 514 A.2d at 1135. We agree with Basin Motor that recovery of both statutory treble damages and punitive damages based upon the same conduct would be improper. As we read Section 57-12-10(D), the legislature created a new statutory remedy in addition to those otherwise available, but did not suggest that a party would be entitled to multiple awards of damages arising out of the same conduct.")

10. Plaintiff alleges entitlement to punitive damages from Defendant pursuant to her claims for conversion, breach of implied covenant of good faith and fair dealing, tortious debt collection. Exhibit 1 at ¶63, 72, 74.

11. Plaintiff alleges entitlement to return of the finance charge plus 10% of the principal amount of the debt pursuant to NMSA, 1978 § 55-9-625. Exhibit 1 at ¶59. The relevant finance charge is $16,184.44 and the principal amount of the debt is $35,648.27 (x.10 = $3,564.83). Exhibit 1 at B2.

12. As it stands, the parties are completely diverse and the amount in controversy exceeds $75,000 by a preponderance of the evidence.

13. Defendant is providing this Court with a docket sheet for the state court matter. Docket Sheet (attached herein as "Exhibit 5").

WHEREFORE, Defendant, having filed this Notice of Removal prays that the same be GRANTED and the case removed to New Mexico's Federal District Court.

Respectfully Submitted,

*Benjamin E. Decker*

_____
Benjamin E. Decker
Bridgecrest Credit Co., LLC
Decker Griffel, LLC
P.O. Box 92740
Albuquerque, NM 87199
505-369-6272
ben@deckerlawoffice.com

---

In this case, if the Court measures damages just by the finance charge ($16,184.44) punitive damages will exceed $48,553.32. Thus, Plaintiff claiming entitlement to more than $50,000 in compensatory damages plus another $49,000 in treble damages could easily exceed the $75,000 threshold.

I hereby certify that a true and correct copy of the foregoing was delivered electronically on 01/12/2023 to:

    Cassie M. Fleming
    New Mexico Legal Aid
    P.O. Box 25486
    Albuquerque, NM 87125-5486
    505-814-6596
    Attorney for Plaintiff